AUSA: Susan Fairchild Telephone: (313) 226-9577

AO 91 (Rev. 11/11) Criminal Complaint Agent: James A. Rentzel Telephone: (810) 989-5056

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

United States of America
v.
Israel Waldemar GARCIA-PEREZ

Case No. Case: 2:26−mj−30549
Assigned To : Unassigned
Assign. Date : 9/8/2026
Description: RE: ISRAEL WALDEMAR GARCIA−PEREZ (EOB)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of September 03, 2026 in the county of St. Clair in the Eastern District of Michigan, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 8 U.S.C. § 1326(a) | Unlawful re-entry after removal from the United States |

This criminal complaint is based on these facts:
See attached affidavit

☑ Continued on the attached sheet.

*Complainant's signature*

James A. Rentzel, U.S. Border Patrol Agent
*Printed name and title*

Sworn to before me and signed in my presence.

*Judge's signature*

Date: September 8, 2026

City and state: Detroit, Michigan

Hon. David R. Grand, United States Magistrate Judge
*Printed name and title*

**AFFIDAVIT**

I, James A. Rentzel, declare the following under penalty of perjury:

1. I am a Border Patrol Agent with the United States Border Patrol, and I have been employed in this capacity since July of 2009. Currently, I am assigned to the Marysville Border Patrol Station. The facts set forth herein are based upon my personal knowledge as well as information provided by other law enforcement officers to include Border Patrol Agents and record checks of law enforcement databases. I have also reviewed material from the official immigration file and system automated data relating to Israel Waldemar GARCIA-PEREZ, which attests to the following:

2. Israel Waldemar GARCIA-PEREZ is a forty-five-year-old male, native and citizen of Guatemala, who claims to have last entered the United States at or near Eagle Pass, Texas, in 2023, without being admitted, inspected or paroled by an Immigration Officer.

3. On or about May 1, 2019, GARCIA-PEREZ was arrested by U.S. Border Patrol Agents at or near McAllen, Texas. GARCIA-PEREZ was issued an Expedited Order of Removal (ER).

4. On or about May 8, 2019, GARCIA-PEREZ was removed from the United States to Guatemala via Harlingen, Texas.

5. On or about March 20, 2023, GARCIA-PEREZ was arrested by U.S. Border Patrol Agents at or near Eagle Pass, Texas. GARCIA-PEREZ was processed under Title 42 authority and was expelled to Mexico.

6. On or about March 22, 2023, GARCIA-PEREZ was arrested by U.S. Border Patrol Agents at or near Eagle Pass, Texas. GARCIA-PEREZ was processed under Title 42 authority and was expelled to Mexico.

7. On September 03, 2026, GARCIA-PEREZ was encountered by U.S. Border Patrol Agents during a traffic stop in Capac, Michigan. GARCIA-PEREZ was a passenger in a vehicle occupied by seven persons. Six of the seven persons were identified as being illegally present in the United States.

After a brief immigration inspection of GARCIA-PEREZ, agents placed him under arrest for being illegally present in the United States.

8. The aforementioned arrest and subsequent detention was an administrative, non-criminal action made pursuant to the authority found in sections 1357, 1225, 1226, and/or 1231 of Title 8, United States Code to arrest and detain any alien entering or attempting to enter the United States, or any alien present in the United States, who is reasonably believed to be in violation of any law or regulation regulating the admission, exclusion, expulsion, or removal of aliens.

9. Review of records from the alien file (A# xxx xxx 953) for GARCIA-PEREZ and queries in U.S. Department of Homeland Security databases confirm that no record exists of GARCIA-PEREZ obtaining permission from the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States following his last removal on or about May 8, 2019.

10. Based on the above information, there is probable cause to believe that, on or about September 03, 2026, at or near Capac, in the Eastern District of Michigan, Southern Division, Israel Waldemar GARCIA-PEREZ, an alien from Guatemala, was found in the United States after having been denied admission, excluded, deported, and removed therefrom on or about May 8, 2019, at or near Harlingen, Texas, and not having obtained the express consent from the Attorney General of the United States or from the Secretary of the Department of Homeland Security to re-apply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

James A. Rentzel,U.S. Border Patrol Agent
U.S. Department of Homeland Security

Sworn to before me and signed in my presence
and/or by reliable electronic means.

______________________________
Hon. David R. Grand
United States Magistrate Judge

September 8, 2026